SEALED

1   BENJAMIN B. WAGNER
    United States Attorney
2   KAREN A. ESCOBAR
    Assistant United States Attorney
3   2500 Tulare St.,  Room 4401
    Fresno, CA  93721
4   Telephone:  (559) 497-4000



**FILED**

JUN 2 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5   Attorneys for Plaintiff
    United States of America

6

7               IN THE UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10  | IN THE MATTER OF THE SEARCH OF: | CASE NO.  5:14-SW-00035-JLT |
    | --- | --- |
11  |  | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
    | APPROXIMATE GPS COORDINATES OF |  |
12  | •N 35 54.179 W 118 32.821, |  |
    | •N 35 43.019 W 118 35.527, AND ANY |  |
13  | SATELLITE SITES ATTENDANT THRETO. |  |

14

15

16          The United States of America having applied through Affiant U.S. Forest Service Special Agent

    Brian Adams to this Court for an order permitting its agents to destroy any bulk marijuana seized in
17
    connection with the execution of search warrants in this matter pursuant to duly authorized search warrants,
18
    and good cause appearing therefor,
19
            IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in
20
    the investigation of the above-captioned matters are authorized to destroy any bulk marijuana plants seized in
21
    this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed
22
    and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample
23
    aggregate portion of the whole amount is retained for chemical testing.
24

25          Dated: June 2*p*, 2014                    *Jennifer I. Thurston*

26                                                  JENNIFER L. THURSTON
                                                    U.S. Magistrate Judge
27

28

Destruction and Sealing Order                    1